IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,  Plaintiff, vs. MEGAN L. NULL, Defendant. | Citation Number: 6429115, M12 ORDER |
|---|---|

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Mandatory Appearance by Defendant in the above case is VACATED. Further, the violation of MCA 45-5-206 Partner or Family Member Assault against the Defendant is VACATED and DISMISSED in exchange for the Defendant's agreement to plead guilty to simple assault. In addition, the collateral for the above citation is SET at the amount of $100, in addition to the mandatory $30 processing fee. Furthermore, the warrant issued on March 7, 2019, for the arrest of the Defendant is hereby QUASHED.

DATED this 29th day of April, 2019.

John Johnston
United States Magistrate Judge

_____
HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE